# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LINKS AT NORTHSHORE CONDOMINIUM OWNERS' ASSOCIATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY, et al.,<br><br>                    Defendants. | C21-5432 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Having reviewed the parties' Joint Status Report, docket no. 9, the Court issues the following trial schedule:

| | |
|---|---|
| **JURY TRIAL** set for  **9:00 AM on** | **January 30, 2023** |
| Length of trial | 7–10 days |
| Joinder of Parties due by | January 10, 2022 |
| Amended Pleadings due by | July 11, 2022 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | July 11, 2022 |
| Discovery motions due by | August 8, 2022 |
| Discovery completed by | August 15, 2022 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| Dispositive Motions due by | | November 10, 2022 |
|   and noted on the motions calendar no later than the fourth Friday thereafter (see LCR 7(d)) | | |
| Motions related to expert witnesses[1] (e.g., Daubert motion) due by | | November 17, 2022 |
|   and noted on the motions calendar no later than the third Friday thereafter (see LCR 7(d)) | | |
| Motions in Limine due by | | December 29, 2022 |
|   and noted on the motions calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | | |
| Pretrial Order due[2] by | | January 13, 2023 |
| Trial Briefs to be submitted by | | January 13, 2023 |
| Proposed Voir Dire/Jury Instructions due by | | January 13, 2023 |
| Pretrial Conference set for | **10:00 AM on** | January 20, 2023 |

    Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

    The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last

---

[1] At the direction of the Court, a deadline for motions related to expert witnesses (e.g., Daubert motions) has been added. Any such motion shall be noted on the motion calendar no later than the third Friday after filing (see LCR 7(d)).

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of August, 2021.

Ravi Subramanian  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 3