UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINKS AT NORTHSHORE CONDOMINIUM OWNERS' ASSOCIATION,<br><br>     Plaintiff,<br><br> v.<br><br>AMERICAN ECONOMY INSURANCE COMPANY,<br><br>     Defendants. | C21-5432 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The Court finds this case is appropriate for mediation under Local Civil Rule 39.1. The parties are directed to conduct mediation upon completion of discovery as hereinafter provided;

  (2) A settlement conference pursuant to Local Civil Rule 39.1(c)(2) must be completed by November 11, 2022. Mediation shall be completed no later than December 9, 2022, and a letter of compliance shall be filed with the Court no later than December 16, 2022; and

  (3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 11th day of August, 2021.

                  Ravi Subramanian
                  Clerk

                  s/Gail Glass
                  Deputy Clerk

MINUTE ORDER - 1